No. 1103.

M. L. MATHON, TUTRIX, vs. MRS. BERRY, ADMINISTRATRIX.

This Court will not grant an extension of time for the filing of a transcript, where it does not appear that the bond required to perfect the appeal was furnished.

ON Motion for Extension of time to file Transcript.

---

The opinion of the Court was delivered by BERMUDEZ, C. J.